814

No. 889. LARSON *v.* LANE, TRUSTEE IN BANKRUPTCY, ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Lois G. Larson, pro se.*

No. 895. PUGET SOUND POWER & LIGHT CO. ET AL. *v.* PUBLIC UTILITY DISTRICT No. 1 OF WHATCOM COUNTY. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Elmer E. Todd, Frank E. Holman, E. L. Skeel,* and *Ferd J. Schaaf* for petitioners. *Mr. E. K. Murray* for respondent.

No. 899. DAVIS ET AL. *v.* IOWA. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Messrs. H. C. Harper* and *Carlos W. Goltz* for petitioners. *Mr. John E. Mulroney* for respondent.

No. 901. PITTS *v.* DRUMMOND. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Ralph A. Barney* for petitioner. *Mr. Wm. S. Hamilton* for respondent.

No. 905. KEYSTONE AUTOMOBILE CLUB CASUALTY CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. R. Lester Moore* and *John W. Davis* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Arnold Raum, J. Louis Monarch,* and *Newton K. Fox* for respondent.